UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JANET WILLIAMS

CIVIL ACTION

VERSUS

NO. 06-860-C

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY

### RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated November 30, 2007. Plaintiff has filed an objection which the court has considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, under sentence four of 42 U.S.C. § 405(g) the final decision of the Commissioner of Social Security denying the claim of Janet Williams, for disability and supplemental security income (SSI) benefits will be affirmed, and this action will be dismissed.

Baton Rouge, Louisiana, January 4, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA