UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JANET WILLIAMS

VERSUS

MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY

CIVIL ACTION

NO. 06-860-C

## JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that under sentence four of 42 U.S.C. § 405(g) the final decision of the Commissioner of Social Security denying the claim of Janet Williams, for disability and supplemental security income (SSI) benefits is affirmed, and this action is dismissed.

All pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, January 4, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA